JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI MOTOR AMERICA, <br><br> Defendant. | CASE NO. 8:18-cv-01593-AG (JDEx) <br><br> **ORDER GRANTING NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY** |

Plaintiff Softvault Systems, Inc. ("Plaintiff") and Defendant Hyundai Motor America ("Defendant") have filed a Notice of Settlement and Joint Motion to Stay ("the Motion") advising the Court that the parties have reached a settlement in principle and are working to finalize the terms of a settlement agreement between the parties. In the

Motion, the parties jointly request that the Court stay the case for 30 days to allow time for the parties to finalize the settlement agreement and file a Notice of Dismissal.

Having considered the Motion, the Court GRANTS the Motion and hereby ORDERS this action to be stayed until January 7, 2019 by which time the parties shall file a Notice of Dismissal.

**IT IS SO ORDERED**

DATED: December 10, 2018 By: _____
Honorable Andrew J. Guilford
United States District Judge